**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  New Jersey_____
                                              (State)

Case number (*If known*): _____  Chapter  11

❏ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   EEW AOS Paulsboro Urban Renewal, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   9 3 _ 2 5 2 3 8 4 4

4. **Debtor's address**

   **Principal place of business**

   | 100 | Offshore Drive |
   |---|---|
   | Number | Street |

   _____

   | Paulsboro | NJ | 08066 |
   |---|---|---|
   | City | State | ZIP Code |

   Gloucester
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City            State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City            State      ZIP Code

5. **Debtor's website** (URL)   https://eew-group.com/company/our-facilities/eew-aos-philadelphia/

Debtor      EEW AOS Paulsboro Urban Renewal, LLC
_____
Name

Case number *(if known)*_____

---

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__3_ _3_ _1_ _7__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                     MM / DD / YYYY

         District _____  When _____  Case number _____
                                                     MM / DD / YYYY

---

Debtor   EEW AOS Paulsboro Urban Renewal, LLC
_____
Name

Case number (*if known*)_____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor  EEW American Offshore Structures Inc.   Relationship  Parter → Parent

District  of New Jersey

When  04/08/2026
MM  /  DD  / YYYY

Case number, if known  _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
Number        Street

_____

_____  _____ _____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name  _____

Phone  _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor  EEW AOS Paulsboro Urban Renewal, LLC                                Case number *(if known)*_____
        Name

| 15. **Estimated assets** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

| 16. **Estimated liabilities** | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/08/2026
              MM / DD / YYYY

✘ /s/ Tom Pratt                                    Tom Pratt
Signature of authorized representative of debtor   Printed name

Title  Chief Restructuring Officer

18. **Signature of attorney**

✘ /s/ Brett S. Theisen                    Date  04/08/2026
Signature of attorney for debtor                MM / DD / YYYY

Brett S. Theisen
Printed name
Connell Foley LLP
Firm name
56          Livingston Avenue
Number      Street
Roseland                                    NJ        07068
City                                        State     ZIP Code

973-535-0500                                btheisen@connellfoley.com
Contact phone                               Email address

021342010                                   NJ
Bar number                                  State

**EEW AOS PAULSBORO URBAN RENEWAL, LLC**

**WRITTEN CONSENT OF**

**THE SOLE MEMBER**

**TO**

**ACTIONS WITHOUT A MEETING**

The undersigned, being the sole member (the "**Member**") of EEW AOS PAULSBORO URBAN RENEWAL, LLC, a Delaware limited liability company (the "**Company**"), does hereby take the following actions in lieu of meetings of the Members of the Company, and does hereby adopt the following resolutions by written consent, as of the date hereof, pursuant to the Business Corporation Law of the State of Delaware:

WHEREAS, the Member has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's services; and

WHEREAS, the Member has received, reviewed and considered the recommendations of senior management of the Company and the Company's legal, financial other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code; and

WHEREAS, in the judgment of the Member, debtor-in possession-financing ("**DIP Financing**") is required in order to administer a Chapter 11 case and that entry into that certain *Senior Secured Debtor-in-Possession Loan and Security Agreement* (the "**DIP Facility**") by and among the Company and the Member, as borrower, as applicable, and the DIP lender thereunder, is desirable and in the best interests of the Company, its creditors, and other interested parties.

THEREFORE, IT IS HERBY RESOLVED, that it is desirable and in the best interests of the Company, and its creditors, members and other interested parties, that voluntary petitions be filed by the Company for relief

under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED that the Company shall retain Tom Pratt from Applied Business Strategy LLC as Chief Restructuring Officer (the "**CRO**") in connection with the Company's financial and operational restructuring, and the Member hereby authorized and directed to execute appropriate retention agreements, and pay appropriate retainers to retain such CRO; and it is further

RESOLVED, that the CRO is hereby appointed as an officer of the Company, and along with each of the other officers of the Company is referred to herein as an "**Authorized Person**"; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which it deems necessary or proper to obtain such relief; and it is further

RESOLVED, that the Company shall be, and hereby is, authorized to: (a) enter into, and perform its obligations under, the DIP Facility and take all actions necessary and appropriate to obtain DIP Financing according to the terms negotiated by one or more Authorized Persons, including under one or more loan agreements, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, mortgages, pledge agreements and all other documents, agreements or instruments related thereto (collectively, the "**Financing Transactions**") as may be deemed necessary or appropriate by one or more Authorized Person (such approval to be conclusively evidenced by the execution thereof or taking of such action by an Authorized Person); and (b) pay related fees and grant security interests in and liens upon, some, all or substantially all of the Company's assets, as may be deemed necessary by any one or more of the Authorized Persons in connection with such Financing Transactions; and it is further

RESOLVED, that the law firm of Connell Foley LLP be employed as general bankruptcy counsel to the Company to represent and assist the Company in carrying out the Company's duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to

18089259-1

be filed an appropriate application for authority to retain services of Connell Foley LLP; and it is further

RESOLVED, that Hilco Corporate Finance be employed as financial adviser to the Company to assist the Company in a potential sale process of its assets, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Hilco Corporate Finance; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under Title 11 of the United States Code, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Company shall be, and hereby is, authorized to (i) file a motion with the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**") seeking approval of bidding procedures to be used to facilitate the sale of all or substantially all of the Company's assets, through one or more sales, pursuant to Section 363 of the Bankruptcy Code (the "**Potential Sale Transactions**") and (ii) conduct a marketing process to identify possible purchasers for the Potential Sale Transactions under the supervision of the Bankruptcy Court; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to open such new bank accounts as may be necessary or appropriate during the course of the Chapter 11 case including certifying as to the adoption of standard new account resolutions as may be required by any financial institution; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is further

18089259-1

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

This consent shall be filed in the minute book of the Company, whereupon it shall constitute the act of the sole Member.

[*Signature page follows.*]

18089259-1

IN WITNESS WHEREOF, the undersigned has duly executed this Consent as of April 02, 2026.

**SOLE MEMBER**
*EEW American Offshore Structures Inc.,*
*a Delaware corporation*

*Charles Lamb*

By: _____

Name:  Charles Lamb
Title:    Chief Execution Officer

5

18089259-1

**Fill in this information to identify the case and this filing:**

Debtor Name __EEW AOS Paulsboro Urban Renewal, LLC__

United States Bankruptcy Court for the: _____ District of __New Jersey__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement and List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/08/2026__          ✘ __/s/ Tom Pratt__
MM / DD / YYYY                 Signature of individual signing on behalf of debtor

__Tom Pratt__
Printed name

__Chief Restructuring Officer__
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

<table>
<tr><td>

In re:

EEW AMERICAN OFFSHORE
STRUCTURES INC., *et al*.,

Debtors. [1]

</td><td>

Case No.: 26-_____ (    )

Chapter 11

</td></tr>
</table>

### LIST OF EQUITY SECURITY HOLDERS

The following is a list of the above-captioned debtors' equity security holders. This list

has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in these Chapter 11

Cases.

**EEW American Offshore Structures Inc.**

| Holder Name | Mailing Address of Holder | Percentage of Interests Held |
|---|---|---|
| EEW AOS Holding GmbH | Im Gruenewald 2 57339 Erndtebrueck Germany | 100% |

**EEW AOS Paulsboro Urban Renewal, LLC**

| Holder Name | Mailing Address of Holder | Percentage of Interests Held |
|---|---|---|
| EEW American Offshore Structures Inc. | 100 Offshore Drive, Paulsboro, New Jersey 08066 | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are EEW American Offshore Structures Inc. (0270) and EEW AOS Paulsboro Urban Renewal, LLC (3844). The Debtors' mailing address is 100 Offshore Drive, Paulsboro, New Jersey 08066.

1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>EEW AMERICAN OFFSHORE STRUCTURES INC., *et al.*,<br><br>Debtors.[1] | Case No.: 26-_____ (     )<br><br>Chapter 11 |

## CORPORATE OWNERSHIP STATEMENT

The following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtors' equity interests.  This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in these Chapter 11 Cases.

### EEW American Offshore Structures Inc.

| Holder Name | Percentage of Interests Held |
|---|---|
| EEW AOS Holding GmbH | 100% |

### EEW AOS Paulsboro Urban Renewal, LLC

| Holder Name | Percentage of Interests Held |
|---|---|
| EEW American Offshore Structures Inc. | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are EEW American Offshore Structures Inc. (0270) and EEW AOS Paulsboro Urban Renewal, LLC (3844). The Debtors' mailing address is 100 Offshore Drive, Paulsboro, New Jersey 08066.

**Fill in this information to identify the case:**

Debtor name    EEW American Offshore Structures Inc., et al.

United States Bankruptcy Court for the: _____    District of  New Jersey
                                                                   (State)

Case number (If known):    _____

☐ Check if this is an
   amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Taxes | | | | 2,200,000.00 |
| 2 | Paulsboro Waterfront Development LLC | Michael D. O'Mara, Esq. Stradley Ronon Stevens & Young, LLP 856-321-2400 momara@stradley.com | Rent | Disputed | | | 1,694,594.68 |
| 3 | New Jersey Department of Treasury | State of New Jersey Division of Taxation Bankruptcy Unit 3 John Fitch Way, 5th Floor PO Box 245 Trenton, NJ 08695-0245 Taxation.Bankruptcy@treas.nj.gov | Taxes | | | | 465,000.00 |
| 4 | Borough of Paulsboro | Jessica Snyder Tax Collector 856-423-1500 jsnyder@paulsboronj.com | Pilot Tax Q2 2026 | | | | 187,802.55 |
| 5 | Angel Gonzalez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 37,093.00 |
| 6 | Mykel Horace c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 34,548.00 |
| 7 | Juan Perez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 33,347.00 |
| 8 | Jonathan Santiago c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 31,561.00 |

Debtor  **EEW American Offshore Structures Inc., et al.**
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Carlos Haynes c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 30,831.00 |
| 10 | Xavier Dowe c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 13,530.00 |
| 11 | Maurice Anthony c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 13,142.00 |
| 12 | Julian Brito c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,858.00 |
| 13 | Simon Moreno c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,666.00 |
| 14 | Delvis Galvan c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,666.00 |
| 15 | Julio Liriano c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,534.00 |
| 16 | Randolfo Fernandez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 12,305.00 |
| 17 | Carlos Jourdain c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,107.00 |
| 18 | Jose Gomez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,107.00 |
| 19 | David Vasquez c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,086.00 |
| 20 | Raul de la Cruz c/o Weinberg, Roger & Rosenfeld | Caren Sencer, Esq. Weinberg, Roger & Rosenfeld 1375 55th Street Emeryville, CA 94608 csencer@unioncounsel.net 510-337-1001 | Litigation | Contingent Unliquidated Disputed | | | 11,001.00 |